UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEVEN BUSBEE,**

   Plaintiffs,

v.                                                  No. 4:23-cv-00211-P

**SERVICETODAY TELEMARKETING, LLC,**

   Defendants.

## FINAL JUDGMENT

   This judgment is issued pursuant to FED. R. CIV. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that this suit is **DISMISSED without prejudice**. The Clerk shall transmit a true copy of this judgment to the parties.

   **SO ORDERED** on this **17th** day of **March 2023.**

*(signed)* MARK T. PITTMAN
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE